**Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00838-CR

————————

**ANTONIO ONORATO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court Cause No. 1884855**

## ABATEMENT ORDER

On January 13, 2015, a supplement clerk's record was filed in this court containing notification of appellant's death and a copy of his death certificate. According to the death certificate, appellant died on or about December 22, 2014. This court's mandate has not issued.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275 (Tex. Crim. App. 1994).

When an appellant dies after an appeal is perfected, but before this court issues the mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2).

Accordingly, we order the appeal permanently abated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.

Do Not Publish—Tex. R. App. P. 47.2(b).